

APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Liberty Bankers Life Insur Co.

V.

Management Underwriters, Inc.

Civil Action No: _____

**DISCLOSURE STATEMENT FORM**

10   7068

Please check one box:

☐   The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒   The nongovernmental corporate party, Liberty Bankers Life Insur. Co., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Heritage Guaranty Holdings (Nevada Corp.)
Realty Advisors, Inc. (Nevada Corp.)

12/6/2010
Date

_____
Signature

Counsel for: Liberty Bankers Life Insur. Co.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a)   WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
   (1)   identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
   (2)   states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
   (1)   file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
   (2)   promptly file a supplemental statement if any required information changes.